In the matter of the appeal from the decree of the Hudson county orphans court allowing certain exceptions to the accounts of MARGARET LEONARD, guardian of Thomas Mannion et al., minors.

[Decided October 20th, 1930.]

236

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Ordinary Fielder.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, CAMP- BELL, LLOYD, CASE, BODINE, DALY, DONGES, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, WELLS, JJ. 14.

*For reversal*—None.